IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GIDDIENS, *ON BEHALF OF* *HIMSELF AND ALL OTHERS* *SIMILARLY SITUATED* | : : : : | CIVIL ACTION |
| v. | : : | |
| INFINITY STAFFING SOLUTIONS, et al. | : | No. 13-7115 |

## ORDER

AND NOW, this 23rd day of June 2015, upon consideration of the parties' informal request to the Court, it is hereby ORDERED that Plaintiff shall file his motion for preliminary approval of class action settlement on or before August 7, 2015. All previous deadlines are suspended as inconsistent with this Order.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.