IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GIDDIENS, *ON BEHALF OF* *HIMSELF AND ALL OTHERS* *SIMILARLY SITUATED* | : : : : | CIVIL ACTION |
| v. | : : | |
| INFINITY STAFFING SOLUTIONS, et al. | : | No. 13-7115 |

## ORDER

AND NOW, this 10th day of August 2015, upon consideration of the parties' joint stipulation seeking an extension of time (Doc. No. 25), it is hereby ORDERED that the stipulation is approved. The deadline by which Plaintiff may file a motion for preliminary approval of the class settlement shall be extended to August 21, 2015.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.