IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN GIDDIENS, on behalf of himself and all others similarly situated | : Civil Action No. 13-7115<br>:<br>: |
| v. | : **Jury Trial Demanded**<br>: |
| INFINITY STAFFING SOLUTIONS and LYNEER STAFFING SOLUTIONS | :<br>:<br>: |

**PLAINTIFF'S UNCONTESTED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT AND NOTICE TO CLASS**

Pursuant to Fed. R. Civ. P. 23(c) and Eastern District Local Rule 23.1, and for the reasons set forth more fully in the attached Memorandum of Law, Plaintiff John Giddiens moves the Court for an Order preliminarily approving the settlement of this class action, approving the form and method for providing class-wide notice and scheduling a hearing at which the following will be considered: request for final approval of the proposed settlement, entry of the Final Judgment and Order and Plaintiff's request for approval of agreed-upon attorney's fees and costs.

Defendant does not contest the requested relief.

                                                   Respectfully submitted,

Dated: August 21, 2015                       **FRANCIS & MAILMAN, P.C.**

                                        BY:   /s/ James A. Francis
                                                        JAMES A. FRANCIS
                                                         JOHN SOUMILAS
                                                         DAVID A. SEARLES
                                                         LAUREN KW BRENNAN
                                                         Land Title Building, 19th Floor
                                                         100 South Broad Street
                                                         Philadelphia, PA 19110
                                                         (215) 735-8600

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 21st day of August, 2015, a true and correct copy of the foregoing has been filed electronically and is available for viewing and downloading from the federal courts' Electronic Cases Files system.  A copy of the foregoing has been served on counsel of record via the ECF system.

                                              *s/ James A. Francis*
                                              James A. Francis