UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JOHN GIDDIENS,<br>on behalf of himself and all others<br>similarly situated<br><br>    Plaintiff,<br>v.<br><br>INFINITY STAFFING SOLUTIONS and<br>LYNEER STAFFING SOLUTIONS<br><br>    Defendant. | )<br>)<br>)<br>)    C.A. No. 13-cv-7115-LDD<br>)<br>)<br>)<br>)    CLASS ACTION<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Plaintiff John Giddiens hereby moves this Court for an award of attorneys' fees and costs, as prevailing party in this class action settlement under the Fair Credit Reporting Act.

The reasons supporting this Motion are set forth in the accompanying Memorandum of Law and Declaration of James A. Francis submitted in support of Plaintiff's motion.

Dated:  January 4, 2016                Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

*/s/ James A. Francis*
JAMES A. FRANCIS
DAVID A. SEARLES
LAUREN KW BRENNAN
100 South Broad Street, Suite 1902
Philadelphia, PA 19110
T: (215) 735-8600

## CERTIFICATE OF SERVICE

I, **JAMES A. FRANCIS**, do hereby certify that, on this date, I caused a true and correct copy of the foregoing to be served via the Court's ECF Notification system upon all counsel of record.

                                                */s/ James A. Francis*
                                                JAMES A. FRANCIS

Dated:  January 4, 2016