IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN GIDDIENS,<br>on behalf of himself and all others<br>similarly situated<br><br>Plaintiff,<br>v.<br><br>INFINITY STAFFING SOLUTIONS and<br>LYNEER STAFFING SOLUTIONS<br><br>Defendant. | C.A. No. 13-cv-7115-LDD<br><br><br>CLASS ACTION |

ORDER

AND NOW, this 11th day of January, 2016, upon consideration of Plaintiff's Motion for Award of Attorneys' Fees and Reimbursement of Expenses (Doc. No. 34), it is HEREBY **ORDERED** that Class Counsel is awarded fees in the amount of $272,716.87 and costs in the amount of $3,673.13  Defendant shall pay such sums in accordance with the terms of the Settlement Agreement.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.